```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  TYRONE DANIEL JOHNSON,
11           Petitioner,              No. CIV S-02-1671 GEB JFM P
12       vs.
13  PEOPLE OF STATE OF
    CALIFORNIA, et al.,
14
             Respondents.             ORDER
15  _____/
```

16           On October 27, 2005, petitioner filed letters (Docket Nos. 58-60).  These

17  documents were not served on respondents.  Petitioner is advised that every document submitted

18  to the court for consideration must be served on respondents.  Fed. R. Civ. P. 5; Rule 11, 28

19  U.S.C. § 2254.  As a prisoner proceeding pro se, petitioner is required to serve all documents in

20  this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5.  See

21  Local Rule 5-135(b).  Since an attorney has filed a document with the court on behalf of

22  respondents, documents submitted by petitioner must be served on that attorney and not on the

23  respondents.  Fed. R. Civ. P. 5(b)(1).  Conventional service is usually accomplished by mailing a

24  copy of the document to the attorney's address of record.  See Fed. R. Civ. P. 5(b)(2)(B).

25  Petitioner must include with every document filed in this action  a certificate stating the date an

26  /////

1

1  accurate copy of the document was mailed to respondents' attorney and the address to which it
2  was mailed.  <u>See</u> Local Rule 5-135(b) and (c).
3  　　　　Moreover, petitioner is advised that his case is under submission.  So long as he
4  keeps the court apprised of his current address, he will be notified once a decision is rendered in
5  his case.  Habeas proceedings are limited to the petition, the answer and the traverse, absent leave
6  of court.  Petitioner has not been granted leave of court to file additional documents.
7  　　　　Accordingly, IT IS HEREBY ORDERED that petitioner's October 27, 2005
8  letters (Docket Nos. 58-60) are denied without prejudice.  Petitioner is cautioned that failure to
9  properly serve any documents subsequently filed in this action, and failure to include a proper
10 certificate of service with such filing, may result in a recommendation that this action be
11 dismissed.
12 DATED:   November 28, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/kf:001
john1671.35